IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVONNE LEBLANC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE HILL SCHOOL | : | NO. 14-1674 |

## ORDER

**AND NOW**, this 12th day of January, 2015, upon consideration of Defendant's Motion to Dismiss (Docket No. 7), and all documents filed in connection thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of the Amended Complaint's hostile work environment claims in violation of Title VII, the ADEA, and the PHRA in Counts I, II, and III.

2. The Amended Complaint's hostile work environment claims in violation of Title VII, the ADEA, and the PHRA in Counts I, II, and III are **DISMISSED WITHOUT PREJUDICE**.

3. On or before February 16, 2015, Plaintiff may file a second amended complaint that cures the identified deficiencies in her Title VII, ADEA, and PHRA hostile work environment claims.

4. The Motion is **DENIED** insofar as it seeks dismissal of the Amended Complaint's sex and age discrimination claims and retaliation claims in violation of Title VII, the ADEA, and the PHRA in Counts I, II, and III.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.